AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Montana

| United States of America | ) |
|---|---|
| v. | ) |
| GREGORY NICHOLAS LETZ, JR. | ) Case No: CR 22-90-BLG-SPW |
|  | ) USM No: 25541-510 |
| Date of Original Judgment: 03/23/2023 | ) |
| Date of Previous Amended Judgment: | ) David F. Ness |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __39__ months **is reduced to** __36 months__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __03/23/2023__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  08/~~09~~12/2024

Judge's signature: *Susan P. Watters*

Effective Date: _____
*(if different from order date)*

Judge Susan P. Watters
*Printed name and title*